HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FLYING CROCODILE, INC., d/b/a FCI, INC., et al.<br><br>        Defendants. | Case No. 2:19-cv-01278-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT AND PROPOSED SCHEDULE** |

THIS MATTER having come on regularly for hearing before the undersigned Judge on the parties' Stipulated Motion to Extend Deadline to Submit Joint Status Report and Proposed Schedule; and the Court having reviewed:

1.  The Stipulated Motion to Extend Deadline to Submit Joint Status Report and Proposed Schedule;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the parties' Motion is **GRANTED**.  The deadline to submit the Joint

Status Report and Proposed Schedule is July 31, 2020.

DONE THIS 24th day of July, 2020.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE