HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

        Plaintiff,

v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

        Defendants.

Case No. 2:19-cv-01278-BJR

**ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE TO FILE MOTION TO CHALLENGE BIFURCATION OF DISCOVERY**

THIS MATTER having come on regularly for hearing before the undersigned Judge on Plaintiff's Motion for Relief from Deadline to File Motion to Challenge Bifurcation of Discovery; and the Court having reviewed:

    1.    Plaintiff's Motion for Relief from Deadline to File Motion to Challenge Bifurcation of Discovery;

    2.    Declaration of David G. Liston in Support of Plaintiff's Motion for Relief from Deadline to File Motion to Challenge Bifurcation of Discovery; and

3.  Joint Status Report Responding to the Court's October 19, 2020 Minute Order.

NOW, THEREFORE, IT IS HEREBY

ORDERED that the Plaintiff's Motion is **GRANTED**. Plaintiff shall file its motion to challenge bifurcation of discovery on the same date of this Order. Defendants shall file their opposition to the motion four (4) weeks after Plaintiff files its motion. Plaintiff shall file its reply in further support of the motion one (1) week after Defendants file their opposition to the motion.

DONE THIS 27th day of October, 2020.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE