Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLYING CROCODILE, INC., d/b/a FCI, INC., et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01278-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS FLYING CROCODILE, INC.; FCI, INC.; STREAMATES LIMITED; AND DOES 1–20 |

　　　　Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff WAG Acquisition, L.L.C. and Defendants Accretive Technology Group, Inc.; ICF Technology Group Inc.; and Riser Apps LLC, by and through their respective counsel of record, stipulate to dismissal without prejudice of all claims against (1) the defunct defendants (Flying Crocodile, Inc.; dba FCI Inc, FCI, Inc. fka Flying Crocodile, Inc.; Streamates Limited dba Streamates Limited LLC); and (2) unnamed "Doe" defendants ("Does 1–20").  This dismissal shall not affect plaintiff's claims against other defendants in this action.

　　　　//
　　　　//
　　　　//
　　　　//
　　　　//

STIPULATED DISMISSAL- 1
(No. 2:19-cv-01278-BJR)
4820-3418-7724v.2 0115439-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 2nd day of November, 2020.

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Eric A. Lindberg* | *s/ Warren J. Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1001 Fourth Avenue, Suite 3900 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98154-1051 | Seattle, WA 98104-1610 |
| (206) 625-8600 Phone | (206) 622-3150 Phone |
| (206) 625-0900 Fax | (207) 757-7700 Fax |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
| Email: elindberg@corrcronin.com | Email: benbyer@dwt.com |
| | |
| Ronald Abramson (*Pro Hac Vice*) | Kevin M. O'Brien (*Pro Hac Vice*) |
| David G. Liston (*Pro Hac Vice*) | Richard V. Wells (*Pro Hac Vice*) |
| Ari J. Jaffess (*Pro Hac Vice*) | James S. Blank (*Pro Hac Vice*) |
| M. Michael Lewis (*Pro Hac Vice*) | Christine M. Streatfeild (*Pro Hac Vice*) |
| Alex G. Patchen (*Pro Hac Vice)* | Shima S. Roy (*Pro Hac Vice*) |
| LISTON ABRAMSON LLP | Maleena Paal (*Pro Hac Vice*) |
| The Chrysler Building | Ellen Cheong (*Pro Hac Vice*) |
| 405 Lexington Avenue | BAKER & MCKENZIE LLP |
| New York, NY 10174 | 815 Connecticut Ave NW |
| (212) 822-0160 Phone | Washington, DC 20006 |
| (917) 663-5528 Fax | (202) 452-7032 Phone |
| Email: ron.abramson@listonabramson.com | Email: kevin.obrien@bakermckenzie.com |
| Email: david.liston@listonabramson.com | Email: richard.wells@bakermckenzie.com |
| Email: michael.lewis@listonabramson.com | Email: james.blank@bakermckenzie.com |
| Email: ari.jaffess@listonabramson.com | Email: christine.streatfeild@bakermckenzie.com |
| Email: alex.patchen@listonabramson.co | Email: shima.roy@bakermckenzie.com |
| | Email: maleena.paal@bakermckenzie.co |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants Accretive Technology Group, Inc.; ICF Technology Group Inc.; and Riser Apps LLC* |

STIPULATED DISMISSAL- 2
(No. 2:19-cv-01278-BJR)
4820-3418-7724v.2 0115439-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

This matter comes before the Court on the stipulation of Plaintiff and Defendants Accretive Technology Group, Inc.; ICF Technology Group Inc.; and Riser Apps LLC, and based on the above stipulation now, therefore, it is hereby ORDERED that all claims against (1) the defunct defendants (Flying Crocodile, Inc.; dba FCI Inc, FCI, Inc. fka Flying Crocodile, Inc.; Streamates Limited dba Streamates Limited LLC); and (2) unnamed "Doe" defendants ("Does 1–20") are hereby dismissed, without prejudice and without costs or attorneys' fees awarded to any party.

DATED this 3rd day of November, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Judge