Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, L.L.C.,

    Plaintiff,

v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.,

    Defendants.

No. 2:19-cv-01278-BJR

STIPULATION AND ORDER RE CONSOLIDATED BRIEFING AND PAGE LIMITS

**STIPULATION**

The Scheduling Order entered August 6, 2020 (Dkt. No. 216), directs defendants to file two motions on November 12, 2020: (1) Defendants' motion to amend invalidity contentions and (2) Defendants' motion for leave to amend answer and counterclaim re inequitable conduct, including motion to compel Abramson deposition.  Defendants' motions will contain overlapping subject matter.  For efficiency, and to save the Court time and effort, the parties agree to consolidate their briefs on those two motions into a single set of briefs that include the consolidated number of pages, as follows:

    1.    Defendants' will file one consolidated brief which will not exceed THIRTY (30) pages.

    2.    Plaintiff's consolidated opposition brief will not exceed THIRTY (30) pages.

STIPULATION AND ORDER RE
CONSOLIDATED BRIEFING AND PAGE LIMTS - 1
(No. 2:19-cv-01278-BJR)
4819-2925-5632v.2 0115439-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3. Defendants' consolidated reply brief will not exceed TWENTY (20) pages[1].

DATED this 10th day of November, 2020.

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Eric A. Lindberg* | By: *s/ Warren J. Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1001 Fourth Avenue, Suite 3900 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98154-1051 | Seattle, WA 98104-1610 |
| Tel: 206-625-8600 / Fax: 206-625-0900 | Tel: (206) 622-3150 / Fax: (207) 757-7700 |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
| Email: elindberg@corrcronin.com | Email: benbyer@dwt.com |
| | |
| Ronald Abramson (*Pro Hac Vice*) | Kevin M. O'Brien (*Pro Hac Vice*) |
| David G. Liston (*Pro Hac Vice*) | Richard V. Wells (*Pro Hac Vice*) |
| Ari J. Jaffess (*Pro Hac Vice*) | James S. Blank (*Pro Hac Vice*) |
| M. Michael Lewis (*Pro Hac Vice*) | Christine M. Streatfeild (*Pro Hac Vice*) |
| Alex G. Patchen (*Pro Hac Vice)* | Shima S. Roy (*Pro Hac Vice*) |
| LISTON ABRAMSON LLP | Maleena Paal (*Pro Hac Vice*) |
| The Chrysler Building | Ellen Cheong (*Pro Hac Vice*) |
| 405 Lexington Avenue | BAKER & MCKENZIE LLP |
| New York, NY 10174 | 815 Connecticut Ave NW |
| Email: ron.abramson@listonabramson.com | Washington, DC 20006 |
| Email: david.liston@listonabramson.com | Email: kevin.obrien@bakermckenzie.com |
| Email: michael.lewis@listonabramson.com | Email: richard.wells@bakermckenzie.com |
| Email: ari.jaffess@listonabramson.com | Email: james.blank@bakermckenzie.com |
| Email: alex.patchen@listonabramson.co | Email: christine.streatfeild@bakermckenzie.com |
| | Email: shima.roy@bakermckenzie.com |
| *Attorneys for Plaintiff* | Email: maleena.paal@bakermckenzie.co |
| | |
| | *Attorneys for Defendants Accretive Technology Group, Inc.; ICF Technology Group Inc.; and Riser Apps LLC* |

IT IS SO ORDERED, this 11th day of November, 2020.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

---

[1] The page limitations for these consolidated briefs are consistent with the Court's Standing Order for All Civil Cases.

STIPULATION AND ORDER RE
CONSOLIDATED BRIEFING AND PAGE LIMTS - 2
(No. 2:19-cv-01278-BJR)
4819-2925-5632v.2 0115439-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax