HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

          Plaintiff,

   v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

          Defendants.

Case No. 2:19-cv-01278-BJR

**DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Ronald Abramson, ESQ., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at law and partner with the firm Liston Abramson LLP, attorneys for Plaintiff WAG Acquisition, L.L.C. ("WAG") in the above-referenced action. I submit this Declaration in support of WAG's Responsive Claim Construction Brief.

2. A true and correct copy of excerpts of the Transcript of the Feb. 24, 2021 Deposition of Keith Teruya is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF– 1  (Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  DATED this 14th day of April, 2021 at New York, New York.

2

3

4                        */s Ronald Abramson*
                      Ronald Abramson

DECLARATION OF RONALD ABRAMSON IN SUPPORT OF
PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION
BRIEF– 2  (Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ronald Abramson<br>David G. Liston<br>Ari J. Jaffess<br>M. Michael Lewis<br>Alex G. Patchen<br>LISTON ABRAMSON LLP<br>The Chrysler Building<br>405 Lexington Avenue, 46th Floor<br>New York, NY  10174<br>ron.abramson@listonabramson.com<br>david.liston@listonabramson.com<br>michael.lewis@listonabramson.com<br>ari.jaffess@listonabramson.com<br>alex.patchen@listonabramson.com<br>*Attorneys for Plaintiffs* | Warren J. Rheaume, WSBA No. 13627<br>Benjamin J. Byer, WSBA No. 38206<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 330<br>Seattle, WA 98101-1610<br>warrenrheaume@dwt.com<br>benbyer@dwt.com<br><br>Kevin M. O'Brien, (Pro Hac Vice)<br>Richard V. Wells, (Pro Hac Vice)<br>Christine M. Streatfield, (Pro Hac Vice)<br>Maleena Paal, (Pro Hac Vice)<br>BAKER & McKENZIE LLP<br>815 Connecticut Avenue, N.W.<br>Washington, DC 20006<br>kevin.o'brien@bakermckenzie.com<br>richard.wells@bakermckenzie.com<br>christine.streatfield@bakermckenzie.com<br>maleena.paal@bakermckenzie.com<br><br>James S. Blank, (Pro Hac Vice)<br>Ellen Cheong, (Pro Hac Vice)<br>BAKER & McKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>james.blank@bakermckenzie.com<br>ellen.cheong@bakermckenzie.com<br><br>Shima S. Roy, (Pro Hac Vice)<br>BAKER & McKENZIE LLP<br>300 E Randolph Drive, Suite 500<br>Chicago, IL  60601<br>shima.roy@bakermckenzie.com |

DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF– 3  (Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

*Attorneys for Defendants Flying Crocodile Inc., dba FCI Inc.; FCI, Inc., fka Flying Crocodile Inc.; Accretive Technology Group Inc. dba Accretive Networks; ICF Technology Inc., Riser Apps LLC; Streamates Limited; dba Streamates Limited LLC*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington on April 14, 2021.

*s/ Monica Dawson*
Monica Dawson

DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF– 4  (Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900