# Exhibit 1

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF NEW JERSEY
3
                                    )
4    WAG ACQUISITION, L.L.C.,        )
                                     )
5              Plaintiff,            )
                                     )
6              vs.                   )   Civil Action
                                     )   No. 2:14-cv-02832
7    GATTYAN GROUP S.a.r.l., et      )   (ES)(MAH)
     al,                             )
8                                    )
               Defendants.           )
9
10
11       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
12                   KEITH J. TERUYA
13            Taken in behalf of Defendants
14                     *   *   *
15
16                February 24, 2021
17
18                McMinnville, Oregon
19
20
21
22
23
24     Teresa L. Dunn, CSR, CCR, RPR
25     Court Reporter

Page 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

```
WAG ACQUISITION, L.L.C.,      )
                              )
            Plaintiff,        )
                              )
        vs.                   )  Case No.
                              )  2:19-cv-01278-BJR
FLYING CROCODILE, INC.,       )
d/b/a FCI, INC., et al,       )
                              )
            Defendants.       )
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
KEITH J. TERUYA
Taken in behalf of Defendants

\* \* \*

February 24, 2021

McMinnville, Oregon

Teresa L. Dunn, CSR, CCR, RPR
Court Reporter

```
 1            ALL APPEARANCES REMOTE VIA ZOOM:
 2    For the Plaintiff:
 3    MR. RONALD ABRAMSON
      MR. MICHAEL LEWIS
 4    Liston Abramson, LLP
      The Chrysler Building
 5    405 Lexington Avenue
      46th Floor
 6    New York, NY 10174
      212-257-1630
 7    ron.abramson@listonabramson.com
      michael.lewis@listonabramson.com
 8
 9    For the Defendants:
10    MR. RICHARD V. WELLS
      MR. KEVIN O'BRIEN
11    Baker & McKenzie, LLP
      815 Connecticut Avenue, N.W.
12    Washington, DC 20006
      202-835-6143
13    richard.wells@bakermckenzie.com
      kevin.obrien@bakermckenzie.com
14
15    Also Present:
      DaShun Montgomery, Videographer
16
17
18
19
20
21
22
23
24
25
```

```
 1                        INDEX
 2
 3     Examination by:                              Page
       MR. WELLS                                       7
 4     MR. ABRAMSON                                   92
 5
 6                       EXHIBITS
 7     Exhibit    Description                       Page
       1          Notice of Taking Remote              5
 8                Virtual Deposition
       2          Notice of Taking Remote              5
 9                Virtual Deposition
       3          Declaration of Keith J.             15
10                Teruya
       4          Declaration of Keith J.             15
11                Teruya
       5          Declaration of Keith J.             15
12                Teruya
       6          Declaration of Keith J.             15
13                Teruya
       7          U.S. Patent 8,327,011               15
14     8          U.S. Patent 8,122,141               15
       9          U.S. Patent 8,185,611               15
15     10         U.S. Patent 8,364,839               15
       11         Keith J. Teruya, Executive          17
16                Summary
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                  MCMINNVILLE, OREGON;
 2             WEDNESDAY, FEBRUARY 24, 2021
 3                       10:05 a.m.
 4                       *   *   *
 5            (Deposition Exhibits Numbers 1 and 2
 6              marked for identification.)            09:21:06
 7            THE VIDEOGRAPHER:  Good morning.  We're  10:05:52
 8   now on the record.  The time is 10:06 a.m.,      10:06:32
 9   February 24th, 2021.                              10:06:36
10            Please note that microphones are         10:06:39
11   sensitive and may pick up whispering, private    10:06:41
12   conversations, and cellular interference.        10:06:44
13   Please turn off all cell phones or place them    10:06:46
14   away from the microphone as they can interfere   10:06:49
15   with deposition audio.  Audio and video will    10:06:51
16   continue to record unless all parties agree to  10:06:54
17   go off the record.                               10:06:56
18            This is the recorded deposition of     10:06:57
19   Kenneth Teruya in the matter of WAG             10:06:59
20   Acquisitions, LLC, versus Gattyan Group,        10:07:03
21   S.a.r.l., attention all, case number            10:07:07
22   2:14-cv-02832(ES)(MAH).                         10:07:14
23            My name is DaShun Montgomery and I'm the 10:07:17
24   videographer and the court reporter is Teresa   10:07:19
25   Dunn.                                            10:07:21
```

Page 21

| | | |
|---|---|---|
| 1 | claim 24 of the '141 patent. | 10:31:45 |
| 2 | A.  I'm sorry, can you tell that to me | 10:31:48 |
| 3 | again?  I'll write it down. | 10:31:53 |
| 4 | Q.  No problem. | 10:31:55 |
| 5 | A.  Column and line? | 10:31:56 |
| 6 | Q.  Sure.  Column 15, line 18. | 10:31:57 |
| 7 | A.  All right. | 10:32:21 |
| 8 | Q.  I'm going to read this claim limitation | 10:32:22 |
| 9 | from claim 24 into the record.  It says, A | 10:32:24 |
| 10 | routine that requests transmission of the next | 10:32:27 |
| 11 | sequential media data elements following said | 10:32:30 |
| 12 | last sequential media data element as said media | 10:32:34 |
| 13 | player requires in order to maintain a | 10:32:37 |
| 14 | sufficient number of media data elements in the | 10:32:39 |
| 15 | media player for uninterrupted playback. | 10:32:41 |
| 16 | Do you see that? | 10:32:45 |
| 17 | A.  Yes. | 10:32:45 |
| 18 | Q.  In the year 2000 when these patents were | 10:32:45 |
| 19 | filed what would a person of ordinary skill in | 10:32:52 |
| 20 | the art understand a media data element to be? | 10:32:54 |
| 21 | MR. ABRAMSON:  Objection to form. | 10:32:59 |
| 22 | THE WITNESS:  In the year 2000? | 10:33:01 |
| 23 | Q.  (By Mr. Wells) Yes. | 10:33:09 |
| 24 | A.  I would say that in the year 2000 a | 10:33:10 |
| 25 | media data element was something that pertained | 10:33:13 |

```
                                                          Page 22
 1    to media data.                                     10:33:17
 2       Q.   Okay.  Can you give me an example of       10:33:19
 3    what a media data element would mean to a person   10:33:39
 4    of ordinary skill in the art in 2000?              10:33:43
 5          MR. ABRAMSON:  Objection, form.              10:33:46
 6          THE WITNESS:  It could be audio, it          10:33:48
 7    could be video, it could be a combination of the  10:33:54
 8    two, could be, you know, the computer, you know,  10:33:57
 9    application fragments that dealt with media, it   10:34:12
10    could be -- could be a number of things, but,     10:34:15
11    you know, specifically I believe that they would  10:34:19
12    relate to some form of media interaction if you   10:34:22
13    use that term media data.                         10:34:27
14       Q.   (By Mr. Wells) And, again, from the       10:34:31
15    perspective of a person of ordinary skill in the  10:34:41
16    art in the year 2000 could a media data element   10:34:44
17    be a byte?                                        10:34:47
18       A.   I would say that a byte would not be      10:34:49
19    descriptive, no.                                  10:34:58
20       Q.   Why is that?                              10:34:59
21       A.   Oh, it's saying is a cell a human.  It's  10:35:00
22    not descriptive enough to say a cell.             10:35:06
23       Q.   Okay.  So it's your testimony that a      10:35:11
24    byte is not a media data element, correct?        10:35:14
25          MR. ABRAMSON:  Objection to form.           10:35:17
```

Page 23

| | | |
|---|---|---|
| 1 | THE WITNESS: I did not say that. I | 10:35:18 |
| 2 | said it is not descriptive enough in order to | 10:35:20 |
| 3 | form an opinion that it is media data. | 10:35:23 |
| 4 | Q. (By Mr. Wells) What would you need to | 10:35:26 |
| 5 | form an opinion that it's media data? | 10:35:28 |
| 6 | A. Well, I think you would need more than | 10:35:30 |
| 7 | one byte in order to do that. | 10:35:33 |
| 8 | Q. How many bytes would you need? | 10:35:37 |
| 9 | A. Enough for it to become descriptive. It | 10:35:40 |
| 10 | is the same as how many cells do you need in | 10:35:48 |
| 11 | order to determine what something is in form, | 10:35:51 |
| 12 | you know, it would be a minimum number. | 10:36:00 |
| 13 | And that would be different, you know, | 10:36:02 |
| 14 | for, you know, every entity that you are trying | 10:36:06 |
| 15 | to describe. | 10:36:11 |
| 16 | Q. So are you able to determine how many | 10:36:11 |
| 17 | bytes you would need to be a media data element? | 10:36:21 |
| 18 | A. I just explained that there's no context | 10:36:27 |
| 19 | in a byte in order to determine that it's media. | 10:36:33 |
| 20 | Q. Does the '141 patent that you have in | 10:36:38 |
| 21 | front of you, does that patent tell you how many | 10:36:51 |
| 22 | bytes you need in order for it to be a media | 10:36:53 |
| 23 | data element? | 10:36:57 |
| 24 | A. No, it does not because in the example | 10:36:57 |
| 25 | that you gave as an example of a byte, a byte is | 10:37:01 |

Page 53

| | | |
|---|---|---|
| 1 | no. | 11:37:54 |
| 2 | Q.   (By Mr. Wells) Would the designer need | 11:37:54 |
| 3 | to know the units of how that rate is expressed, | 11:37:57 |
| 4 | that sending rate, in designing the system? | 11:38:00 |
| 5 | A.   At what level? | 11:38:02 |
| 6 | Q.   At the level expressed in the claim. | 11:38:05 |
| 7 | A.   There is no level expressed in the | 11:38:07 |
| 8 | claim.  The claim states sufficient data to | 11:38:17 |
| 9 | start, right, and to sustain. | 11:38:21 |
| 10 | Q.   How is the sending rate in claim 1 of | 11:38:29 |
| 11 | the '611 patent described in the specification? | 11:38:53 |
| 12 | A.   I'm sorry, what specification are you | 11:38:56 |
| 13 | referring to? | 11:38:59 |
| 14 | Q.   The patent that we're looking at right | 11:39:00 |
| 15 | now is the '611 patent so you can just stay with | 11:39:02 |
| 16 | that specification. | 11:39:06 |
| 17 | A.   Can you give me a reference to the | 11:39:09 |
| 18 | specification area? | 11:39:17 |
| 19 | Q.   Sure.  Why don't we take as an example | 11:39:18 |
| 20 | column 9 right around line 38 or so. | 11:39:21 |
| 21 | A.   Column 9, 38.  Okay. | 11:39:32 |
| 22 | Q.   Okay.  Right around line 40 it reads, | 11:39:44 |
| 23 | The buffer level of the user buffer will fill at | 11:39:44 |
| 24 | the rate of 32,000 bits -- at line 40 of column | 11:40:01 |
| 25 | 9 of the '611 patent it reads, The buffer level | 11:40:03 |

```
                                                        Page 54
 1   of the user buffer will fill the rate of 32,000    11:40:07
 2   bits per second.                                    11:40:12
 3           Do you see that?                            11:40:13
 4       A.  Yes.                                        11:40:14
 5       Q.  Are those units that you would              11:40:15
 6   understand the rate to be measured in?              11:40:19
 7       A.  Yes, but remember I mentioned in my         11:40:20
 8   previous answer about measurement at what level?    11:40:26
 9   Do you remember what I said?                        11:40:33
10       Q.  Okay.  So what level is this discussing    11:40:36
11   here?                                               11:40:38
12       A.  This is that a media -- a physical          11:40:38
13   network transport media discussion about how       11:40:43
14   many bits per second the internet channel is.      11:40:49
15           We're not talking about media movement     11:40:53
16   here.  We're talking about the maximum rate at     11:40:56
17   which the media could move at this -- by these     11:40:59
18   definitions of bit rates way down at the            11:41:03
19   Ethernet or transport media level, not the media   11:41:09
20   at the upper levels of frame rates for video or    11:41:15
21   anything like that.                                 11:41:19
22           And what this would dictate is the         11:41:20
23   responsiveness from a programmatic standpoint      11:41:24
24   about the size of the initial buffer and what is   11:41:28
25   required to make sustained transmission            11:41:31
```

Page 55

```
 1   uninterrupted and what these things will define    11:41:36
 2   is the outside capacity of what you can do.        11:41:41
 3       Q.   Okay.  So the sending rate in claim 1 of  11:41:47
 4   the '611 patent is not discussing the data         11:41:51
 5   transmission at the transport layer, correct?      11:41:58
 6            MR. ABRAMSON:  Object to the form.        11:42:01
 7            THE WITNESS:  That's not -- do you want   11:42:02
 8   to rephrase that question because there are        11:42:10
 9   elements to that statement that are not            11:42:14
10   reflected in what the claim is asserting to.       11:42:21
11       Q.   (By Mr. Wells) Okay.  I'm just looking    11:42:25
12   at your previous answer.  You said that the bits   11:42:27
13   per second discussion in column 9 has to do with   11:42:34
14   data movement at the transport layer, correct?     11:42:38
15       A.   At the transport media layer.             11:42:41
16       Q.   Okay.  So my question is, the sending     11:42:46
17   rate described in claim 1 of the '611 patent is    11:42:52
18   not the rate at that transport media layer,        11:42:56
19   correct?                                           11:43:00
20            MR. ABRAMSON:  Object to the form.        11:43:00
21            THE WITNESS:  The example that you made   11:43:01
22   me reference, that we just finished referencing,   11:43:08
23   was to provide an example of why it is you may     11:43:13
24   or may not need to fill buffers, at what           11:43:19
25   capacity based, say, on what level of              11:43:27
```

Page 99

```
 1                  C E R T I F I C A T E
 2
 3
 4          I, Teresa L. Dunn, a Certified Shorthand
 5   Reporter for Oregon, do hereby certify that,
 6   pursuant to stipulation of counsel for the
 7   respective parties hereinbefore set forth,
 8   KEITH J. TERUYA appeared virtually before me at
 9   the time and place set forth in the caption
10   hereof; that at said time and place I reported
11   in Stenotype all testimony adduced and other
12   oral proceedings had in the foregoing matter;
13   that thereafter my notes were reduced to
14   typewriting under my direction; and that the
15   foregoing transcript, pages 1 to 100, both
16   inclusive, constitutes a full, true and accurate
17   record of all such testimony adduced and oral
18   proceedings had, and of the whole thereof.
19   Witness my hand and CSR stamp at Vancouver,
20   Washington, this 27th day of February, 2021.
21
22                       Teresa L. Dunn
23                       _____
                         TERESA L. DUNN,
24                       Certified Shorthand Reporter
                         Certificate No. 00-0367
25                       Expiration Date:  6/30/2023
```