UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>FLYING CROCODILE, INC., d/b/a FCI, INC., et al.<br><br>                Defendants. | Case No. 2:19-cv-01278-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DAMAGES DISCOVERY DEADLINE |

This matter comes before the Court on the parties' Stipulated Motion to Extend Damages Discovery Deadline. Dkt. No. 279. The Court GRANTS the motion and ORDERS that the damages discovery deadline in this case is extended to December 10, 2021.

Dated October 29, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 1