HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>FLYING CROCODILE, INC., d/b/a FCI, INC., et al.<br><br>              Defendants. | Case No. 2:19-cv-01278-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DAMAGES DISCOVERY DEADLINE** |

THIS MATTER having come on regularly for hearing before the undersigned Judge on the parties' Stipulated Motion to Extend Damages Discovery Deadline; and the Court having reviewed:

1.    The Stipulated Motion to Extend Damages Discovery Deadline;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the parties' Motion is **GRANTED**.  The damages discovery deadline in this case is January 28, 2022.

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 1
(Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DONE THIS 10th day of December, 2021.

*[signature: Barbara J. Rothstein]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Eric A. Lindberg* | *s/ Shima S. Roy* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1001 Fourth Avenue, Suite 3900 | 920 Fifth Avenue, Suite 330 |
| Seattle, WA 98154-1051 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | Email: warrenrheaume@dwt.com |
| (206) 625-0900 Fax | benbyer@dwt.com |
| Email: sfogg@corrcronin.com | |
| elindberg@corrcronin.com | Kevin M. O'Brien, (*Pro Hac Vice*) |
| | Richard V. Wells, (*Pro Hac Vice*) |
| Ronald Abramson (*pro hac vice*) | Christine M. Streatfield, (*Pro Hac Vice*) |
| David G. Liston (*pro hac vice*) | Shima S. Roy, (*Pro Hac Vice*) |
| Ari J. Jaffess (*pro hac vice*) | BAKER & McKENZIE LLP |
| M. Michael Lewis (*pro hac vice*) | 815 Connecticut Avenue, N.W. |
| Alex G. Patchen (*pro hac vice*) | Washington, DC 20006 |
| LISTON ABRAMSON LLP | Email: kevin.o'brien@bakermckenzie.com |
| The Chrysler Building | richard.wells@bakermckenzie.com |
| 405 Lexington Avenue | christine.streatfield@bakermckenzie.com |
| New York, NY 10174 | shima.roy@backermckenzie.com |
| (212) 822-0160 Phone | |
| (917) 663-5528 Fax | James S. Blank, (*Pro Hac Vice*) |
| Email: ron.abramson@listonabramson.com | BAKER & McKENZIE LLP |
| david.liston@listonabramson.com | 452 Fifth Avenue |
| michael.lewis@listonabramson.com | New York, NY 10018 |
| ari.jaffess@listonabramson.com | Email: james.blank@bakermckenzie.com |

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 2
(Case No. 2:19-cv-01278-JRC)

1   alex.patchen@listonabramson.com

2   *Attorneys for Plaintiff*

*Attorneys for Defendants Flying Crocodile Inc., dba FCI Inc.; FCI, Inc., fka Flying Crocodile Inc.; Accretive Technology Group Inc. dba Accretive Networks; ICF Technology Inc., Riser Apps LLC; Streamates Limited; dba Streamates Limited LLC*

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 3
(Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900