Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

    Plaintiff,

v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

    Defendants.

Case No. 2:19-cv-01278-BJR

**STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE**

The parties stipulate as follows:

1. On December 10, 2021, the Court issued an Order granting the parties' second request for an extension of the damages discovery period until January 28, 2022 (ECF No. 283).

2. Following that Order, the parties proceeded to schedule individual and Rule 30(b)(6) depositions in January to accommodate the holidays and the parties' continued discussions on their various discovery disputes.

3. On January 9, 2022, Defendants' counsel were advised that its corporate deposition witness was exposed to COVID-19 from immediate family members.

4. In addition, one of Plaintiff's witnesses underwent a significant surgical procedure in late December and is still in recovery.

5. As a result of these developments, the parties are unable to complete depositions pursuant to the prior stipulated schedule.

STIPULATED MOTION AND ORDER TO EXTEND
DAMAGES DISCOVERY DEADLINE (Case No. 2:19-cv-01278-BJR) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6. To realistically accommodate these health issues and potential continuing issues arising from spikes in COVID-19 cases, the parties respectfully request an additional seventy (70) days to complete damages discovery, until April 8, 2022.

7. Extending the damages discovery deadline will not prejudice either party and will not impact any other deadline in this matter.

DATED: January 13, 2022.

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Eric A. Lindberg* <br> Steven W. Fogg, WSBA No. 23528 <br> Eric A. Lindberg, WSBA No. 43596 <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154-1051 <br> (206) 625-8600 Phone <br> (206) 625-0900 Fax <br> sfogg@corrcronin.com <br> elindberg@corrcronin.com | *s/ Warren J. Rheaume* <br> Warren J. Rheaume, WSBA No. 13627 <br> Benjamin J. Byer, WSBA No. 38206 <br> 920 Fifth Avenue, Suite 330 <br> Seattle, WA 98101-1610 <br> (206) 622-3150 Phone <br> (206) 757-7700 Fax <br> warrenrheaume@dwt.com <br> benbyer@dwt.com |
| Ronald Abramson (*Pro Hac Vice*) <br> David G. Liston (*Pro Hac Vice*) <br> Ari J. Jaffess (*Pro Hac Vice*) <br> M. Michael Lewis (*Pro Hac Vice*) <br> Alex G. Patchen (*Pro Hac Vice*) <br> LISTON ABRAMSON LLP <br> The Chrysler Building <br> 405 Lexington Avenue <br> New York, NY 10174 <br> (212) 822-0160 Phone <br> (917) 663-5528 Fax <br> ron.abramson@listonabramson.com <br> david.liston@listonabramson.com <br> michael.lewis@listonabramson.com <br> ari.jaffess@listonabramson.com <br> alex.patchen@listonabramson.com <br><br> *Attorneys for Plaintiff WAG Acquisition, LLC* | Richard V. Wells, (*Pro Hac Vice*) <br> Christine M. Streatfield, (*Pro Hac Vice*) <br> BAKER & McKENZIE LLP <br> 815 Connecticut Avenue, N.W. <br> Washington, DC 20006 <br> richard.wells@bakermckenzie.com <br> christine.streatfield@bakermckenzie.com <br><br> James S. Blank, (*Pro Hac Vice*) <br> BAKER & McKENZIE LLP <br> 452 Fifth Avenue <br> New York, NY 10018 <br> james.blank@bakermckenzie.com <br><br> Shima S. Roy (*Pro Hac Vice*) <br> BAKER & McKENZIE LLP <br> 300 E. Randolph St. <br> Chicago, Illinois 60601 <br> shima.roy@bakermckenzie.com <br><br> *Attorneys for Defendants Accretive Technology Group Inc.; ICF Technology Inc.; Riser Apps LLC* |

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE (Case No. 2:19-cv-01278-BJR) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

IT IS SO ORDERED, this 13th day of January, 2022.

*/s/ Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO EXTEND
DAMAGES DISCOVERY DEADLINE (Case No. 2:19-cv-01278-BJR) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax