HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WAG ACQUISITION, LLC,

    Plaintiff,

v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

    Defendants.

Case No. 2:19-cv-01278-BJR

**STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE**

The parties stipulate as follows:

1. On January 13, 2022, the Court issued an Order granting the parties' second request for an extension of the damages discovery period until April 8, 2022 (ECF No. 288).

2. Following that Order, the parties have been working in good faith to resolve any remaining discovery disputes regarding their respective documentary productions and also to schedule individual and Rule 30(b)(6) depositions before the scheduled end of the damages discovery period.

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE– 1
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

4882-6750-8250v.1 0115439-000001

3. Intervening events, however, have prevented the parties from completing depositions. For example, one of Plaintiff's witnesses underwent a significant surgical procedure in late December. Likewise, the damages discovery period largely overlapped with our nation's spike in COVID-19 cases as a result of the omicron variant. This made it more difficult to schedule in-person depositions, which all parties have agreed is their strong preference. Furthermore, one or more of the party's attorneys tested positive for COVID-19 and needed additional time to recover.

4. The parties have since been able to schedule the remaining depositions to take place in-person during the second half of May and the first half of June.

5. To accommodate the parties' challenges in scheduling depositions and the impact of COVID-19, the parties respectfully request an extension granting an additional seventy-five (75) days to complete damages discovery, such that damages discovery will be completed by June 22, 2022.

6. Extending the damages discovery deadline will not prejudice either party and will not impact any other deadline in this matter.

DATED: April 7, 2022.

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES
DISCOVERY DEADLINE– 2
(Case No. 2:19-cv-01278-BJR)

**Corr Cronin LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

4882-6750-8250v.1 0115439-000001

| | |
|---|---|
| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
| *s/ Eric A. Lindberg* | *s/ Warren J. Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1001 Fourth Avenue, Suite 3900 | 920 Fifth Avenue, Suite 330 |
| Seattle, WA 98154-1051 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | (206) 622-3150 Phone |
| (206) 625-0900 Fax | (206) 757-7700 Fax |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
| elindberg@corrcronin.com | benbyer@dwt.com |
| Ronald Abramson *(Pro Hac Vice)* | Richard V. Wells, *(Pro Hac Vice)* |
| David G. Liston *(Pro Hac Vice)* | Christine M. Streatfield, *(Pro Hac Vice)* |
| Ari J. Jaffess *(Pro Hac Vice)* | Shima S. Roy, *(Pro Hac Vice)* |
| M. Michael Lewis *(Pro Hac Vice)* | BAKER & McKENZIE LLP |
| Alex G. Patchen *(Pro Hac Vice)* | 815 Connecticut Avenue, N.W. |
| LISTON ABRAMSON LLP | Washington, DC 20006 |
| The Chrysler Building | Email: kevin.o'brien@bakermckenzie.com |
| 405 Lexington Avenue | richard.wells@bakermckenzie.com |
| New York, NY 10174 | christine.streatfield@bakermckenzie.com |
| (212) 822-0160 Phone | shima.roy@backermckenzie.com |
| (917) 663-5528 Fax | |
| Email: ron.abramson@listonabramson.com | James S. Blank, *(Pro Hac Vice)* |
| david.liston@listonabramson.com | BAKER & McKENZIE LLP |
| michael.lewis@listonabramson.com | 452 Fifth Avenue |
| ari.jaffess@listonabramson.com | New York, NY 10018 |
| alex.patchen@listonabramson.com | Email: james.blank@bakermckenzie.com |
| *Attorneys for Plaintiff WAG Acquisition, LLC* | *Attorneys for Defendants Flying Crocodile Inc., dba FCI Inc.; FCI, Inc., fka Flying Crocodile Inc.; Accretive Technology Group Inc. dba Accretive Networks; ICF Technology Inc., Riser Apps LLC; Streamates Limited; dba Streamates Limited LLC* |

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE– 3
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

4882-6750-8250v.1 0115439-000001

## ORDER

IT IS SO ORDERED.  The damages discovery deadline is extended to June 22, 2022.

DATED this 7th day of April, 2022.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| | |
|---|---|
| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
| | |
| *s/ Eric A. Lindberg* | *s/ Warren J. Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No.  38206 |
| 1001 Fourth Avenue, Suite 3900 | 920 Fifth Avenue, Suite 330 |
| Seattle, WA  98154-1051 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | Email: warrenrheaume@dwt.com |
| (206) 625-0900 Fax | benbyer@dwt.com |
| Email: sfogg@corrcronin.com | |
| elindberg@corrcronin.com | Richard V. Wells, (*Pro Hac Vice*) |
| | Christine M. Streatfield, (*Pro Hac Vice*) |
| Ronald Abramson *(pro hac vice)* | Shima S. Roy, (*Pro Hac Vice*) |
| David G. Liston *(pro hac vice)* | BAKER & McKENZIE LLP |
| Ari J. Jaffess *(pro hac vice)* | 815 Connecticut Avenue, N.W. |
| M. Michael Lewis *(pro hac vice)* | Washington, DC 20006 |
| Alex G. Patchen *(pro hac vice)* | Email: kevin.o'brien@bakermckenzie.com |
| LISTON ABRAMSON LLP | richard.wells@bakermckenzie.com |
| The Chrysler Building | christine.streatfield@bakermckenzie.com |
| 405 Lexington Avenue | shima.roy@backermckenzie.com |
| New York, NY 10174 | |
| (212) 822-0160 Phone | James S. Blank, (*Pro Hac Vice*) |
| (917) 663-5528 Fax | BAKER & McKENZIE LLP |
| Email: ron.abramson@listonabramson.com | 452 Fifth Avenue |

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES
DISCOVERY DEADLINE– 4
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

4882-6750-8250v.1 0115439-000001

david.liston@listonabramson.com
michael.lewis@listonabramson.com
ari.jaffess@listonabramson.com
alex.patchen@listonabramson.com

*Attorneys for Plaintiff*

New York, NY 10018
Email: james.blank@bakermckenzie.com

*Attorneys for Defendants Flying Crocodile Inc., dba FCI Inc.; FCI, Inc., fka Flying Crocodile Inc.; Accretive Technology Group Inc. dba Accretive Networks; ICF Technology Inc., Riser Apps LLC; Streamates Limited; dba Streamates Limited LLC*

STIPULATED MOTION AND ORDER TO EXTEND DAMAGES DISCOVERY DEADLINE– 5
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

4882-6750-8250v.1 0115439-000001