HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>FLYING CROCODILE, INC., d/b/a FCI, INC., et al.<br><br>    Defendants. | Case No. 2:19-cv-01278-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DAMAGES DISCOVERY DEADLINE** |

THIS MATTER having come on regularly for hearing before the undersigned Judge on the parties' Stipulated Motion to Extend Damages Discovery Deadline; and the Court having reviewed:

1. The Stipulated Motion to Extend Damages Discovery Deadline;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the parties' Motion is **GRANTED**. The damages discovery deadline in this case is July 29, 2022.

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 1
(Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 21st day of June, 2022.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND
DAMAGES DISCOVERY DEADLINE – 2
(Case No. 2:19-cv-01278-JRC)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900