HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

    Plaintiff,

  v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

    Defendants.

Case No. 2:19-cv-01278-BJR

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff WAG Acquisition, L.L.C., and Defendants Accretive Technology Group, Inc., ICF Technology, Inc., Riser Apps LLC (collectively, the "Parties") by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

    SO STIPULATED:

STIPULATION OF DISMISSAL WITH PREJUDICE – 1
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

DATED: July 10, 2023.

| | |
|---|---|
| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
| *s/ Eric Lindberg* | *s/ Warren Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1015 Second Avenue, Floor 10 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98104 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | (206) 622-3150 Phone |
| (206) 625-0900 Fax | (206) 757-7700 Fax |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
| elindberg@corrcronin.com | benbyer@dwt.com |
| | |
| Ronald Abramson *(Pro Hac Vice)* | Richard V. Wells, *(Pro Hac Vice)* |
| David G. Liston *(Pro Hac Vice)* | Christine M. Streatfield, *(Pro Hac Vice)* |
| Ari J. Jaffess *(Pro Hac Vice)* | Shima S. Roy *(Pro Hac Vice)* |
| Alex G. Patchen *(Pro Hac Vice)* | BAKER & McKENZIE LLP |
| M. Michael Lewis *(Pro Hac Vice)* | 815 Connecticut Avenue, N.W. |
| LISTON ABRAMSON LLP | Washington, DC 20006 |
| The Chrysler Building | Email: richard.wells@bakermckenzie.com |
| 405 Lexington Avenue | christine.streatfield@bakermckenzie.com |
| New York, NY 10174 | shima.roy@backermckenzie.com |
| (212) 822-0160 Phone | |
| (917) 663-5528 Fax | James S. Blank, *(Pro Hac Vice)* |
| Email: ron.abramson@listonabramson.com | Ellen Cheong *(Pro Hac Vice)* |
| david.liston@listonabramson.com | BAKER & McKENZIE LLP |
| ari.jaffess@listonabramson.com | 452 Fifth Avenue |
| alex.patchen@listonabramson.com | New York, NY 10018 |
| michael.lewis@listonabramson.com | Email: james.blank@bakermckenzie.com |
| | ellen.cheong@bakermckenzie.com |
| *Attorneys for Plaintiff WAG Acquisition, L.L.C.* | *Attorneys for Defendants Accretive Technology Group Inc., ICF Technology Group Inc., and Riser Apps LLC* |

STIPULATION OF DISMISSAL WITH PREJUDICE – 2
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

**<u>ORDER</u>**

IT IS SO ORDERED. This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this _____ day of July, 2023.

                                                                                  _____
                                                                                  HONORABLE BARBARA J. ROTHSTEIN
                                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Eric Lindberg* | *s/ Warren Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1015 Second Avenue, Floor 10 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98104 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | (206) 622-3150 Phone |
| (206) 625-0900 Fax | (206) 757-7700 Fax |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
| elindberg@corrcronin.com | benbyer@dwt.com |
| | |
| Ronald Abramson *(Pro Hac Vice)* | Richard V. Wells, *(Pro Hac Vice)* |
| David G. Liston *(Pro Hac Vice)* | Christine M. Streatfield, *(Pro Hac Vice)* |
| Ari J. Jaffess *(Pro Hac Vice)* | Shima S. Roy *(Pro Hac Vice)* |
| Alex G. Patchen *(Pro Hac Vice)* | BAKER & McKENZIE LLP |
| M. Michael Lewis *(Pro Hac Vice)* | 815 Connecticut Avenue, N.W. |
| LISTON ABRAMSON LLP | Washington, DC 20006 |
| The Chrysler Building | Email: richard.wells@bakermckenzie.com |
| 405 Lexington Avenue | christine.streatfield@bakermckenzie.com |
| New York, NY 10174 | shima.roy@backermckenzie.com |
| (212) 822-0160 Phone | |
| (917) 663-5528 Fax | James S. Blank, *(Pro Hac Vice)* |
| Email: ron.abramson@listonabramson.com | Ellen Cheong *(Pro Hac Vice)* |
| david.liston@listonabramson.com | BAKER & McKENZIE LLP |

STIPULATION OF DISMISSAL WITH PREJUDICE – 3
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3

ari.jaffess@listonabramson.com
alex.patchen@listonabramson.com
michael.lewis@listonabramson.com

452 Fifth Avenue
New York, NY 10018
Email: james.blank@bakermckenzie.com
ellen.cheong@bakermckenzie.com

4
5

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

*Attorneys for Defendants Accretive Technology Group Inc., ICF Technology Group Inc., and Riser Apps LLC*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION OF DISMISSAL WITH PREJUDICE – 4
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900