HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

        Plaintiff,

  v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

        Defendants.

Case No. 2:19-cv-01278-BJR

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff WAG Acquisition, L.L.C., and Defendants Accretive Technology Group, Inc., ICF Technology, Inc., Riser Apps LLC (collectively, the "Parties") by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

SO STIPULATED:

STIPULATION OF DISMISSAL WITH PREJUDICE – 1
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1  DATED:  July 10, 2023.

2  CORR CRONIN, LLP                                  DAVIS WRIGHT TREMAINE LLP

3

4  *s/ Eric Lindberg*                                *s/ Warren Rheaume*
   Steven W. Fogg, WSBA No. 23528                    Warren J. Rheaume, WSBA No. 13627
5  Eric A. Lindberg, WSBA No. 43596                  Benjamin J. Byer, WSBA No.  38206
   1015 Second Avenue, Floor 10                      920 Fifth Avenue, Suite 3300
6  Seattle, WA  98104                                Seattle, WA 98101-1610
   (206) 625-8600 Phone                              (206) 622-3150 Phone
7  (206) 625-0900 Fax                                (206) 757-7700 Fax
   Email:  sfogg@corrcronin.com                      Email:  warrenrheaume@dwt.com
8          elindberg@corrcronin.com                          benbyer@dwt.com

9
   Ronald Abramson *(Pro Hac Vice)*                  Richard V. Wells, *(Pro Hac Vice)*
10 David G. Liston *(Pro Hac Vice)*                  Christine M. Streatfield, *(Pro Hac Vice)*
   Ari J. Jaffess *(Pro Hac Vice)*                   Shima S. Roy *(Pro Hac Vice)*
11 Alex G. Patchen *(Pro Hac Vice)*                  BAKER & McKENZIE LLP
   M. Michael Lewis *(Pro Hac Vice)*                 815 Connecticut Avenue, N.W.
12 LISTON ABRAMSON LLP                               Washington, DC 20006
   The Chrysler Building                             Email: richard.wells@bakermckenzie.com
13 405 Lexington Avenue                              christine.streatfield@bakermckenzie.com
14 New York, NY 10174                                shima.roy@backermckenzie.com
   (212) 822-0160 Phone
15 (917) 663-5528 Fax                                James S. Blank, *(Pro Hac Vice)*
   Email: ron.abramson@listonabramson.com            Ellen Cheong *(Pro Hac Vice)*
16 david.liston@listonabramson.com                   BAKER & McKENZIE LLP
17 ari.jaffess@listonabramson.com                    452 Fifth Avenue
   alex.patchen@listonabramson.com                   New York, NY 10018
18 michael.lewis@listonabramson.com                  Email: james.blank@bakermckenzie.com
                                                     ellen.cheong@bakermckenzie.com
19

20 *Attorneys for Plaintiff WAG Acquisition,*        *Attorneys for Defendants Accretive Technology*
   *L.L.C.*                                          *Group Inc., ICF Technology Group Inc., and*
21                                                   *Riser Apps LLC*

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE – 2                **CORR CRONIN LLP**
(Case No. 2:19-cv-01278-BJR)                               1015 Second Avenue, Floor 10
                                                           Seattle, Washington 98104
                                                           Tel (206) 625-8600
                                                           Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED. This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 10th day of July, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

| CORR CRONIN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Eric Lindberg* | *s/ Warren Rheaume* |
| Steven W. Fogg, WSBA No. 23528 | Warren J. Rheaume, WSBA No. 13627 |
| Eric A. Lindberg, WSBA No. 43596 | Benjamin J. Byer, WSBA No. 38206 |
| 1015 Second Avenue, Floor 10 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98104 | Seattle, WA 98101-1610 |
| (206) 625-8600 Phone | (206) 622-3150 Phone |
| (206) 625-0900 Fax | (206) 757-7700 Fax |
| Email: sfogg@corrcronin.com | Email: warrenrheaume@dwt.com |
|      elindberg@corrcronin.com |      benbyer@dwt.com |
| | |
| Ronald Abramson *(Pro Hac Vice)* | Richard V. Wells, *(Pro Hac Vice)* |
| David G. Liston *(Pro Hac Vice)* | Christine M. Streatfield, *(Pro Hac Vice)* |
| Ari J. Jaffess *(Pro Hac Vice)* | Shima S. Roy *(Pro Hac Vice)* |
| Alex G. Patchen *(Pro Hac Vice)* | BAKER & McKENZIE LLP |
| M. Michael Lewis *(Pro Hac Vice)* | 815 Connecticut Avenue, N.W. |
| LISTON ABRAMSON LLP | Washington, DC 20006 |
| The Chrysler Building | Email: richard.wells@bakermckenzie.com |
| 405 Lexington Avenue | christine.streatfield@bakermckenzie.com |
| New York, NY 10174 | shima.roy@backermckenzie.com |
| (212) 822-0160 Phone | |
| (917) 663-5528 Fax | James S. Blank, *(Pro Hac Vice)* |
| Email: ron.abramson@listonabramson.com | Ellen Cheong *(Pro Hac Vice)* |
| david.liston@listonabramson.com | BAKER & McKENZIE LLP |

STIPULATION OF DISMISSAL WITH PREJUDICE – 3
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

ari.jaffess@listonabramson.com
alex.patchen@listonabramson.com
michael.lewis@listonabramson.com

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

452 Fifth Avenue
New York, NY 10018
Email: james.blank@bakermckenzie.com
ellen.cheong@bakermckenzie.com

*Attorneys for Defendants Accretive Technology Group Inc., ICF Technology Group Inc., and Riser Apps LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE – 4
(Case No. 2:19-cv-01278-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900